# EXHIBIT A

**Bogren, Michael**

| | |
|---|---|
| From: | James Tamm <jetamm@odtlegal.com> |
| Sent: | Friday, June 21, 2019 2:55 PM |
| To: | Bogren, Michael |
| Cc: | Carolyn Rowland; Lauri Stewart |
| Subject: | Re: Wright v. City of Albion, et al |

Mike,

Lauri Stewart of my office will be handling this. You have our consent to remove the case. ~~We didn't receive any information regarding service of process and weren't clear as to the timing of notice, given that the complaint was filed more than 40 days ago. Please communicate with Lauri on this case~~

James E. Tamm

**From:** Bogren, Michael <MBogren@plunkettcooney.com>
**Sent:** Friday, June 21, 2019 2:07:02 PM
**To:** James Tamm
**Cc:** Carolyn Rowland
**Subject:** Wright v. City of Albion, et al

Jim:

I understand you will be representing Tyler Collins in this matter. I am representing the City and Scott Kipp. I am preparing removal papers. Do I have your permission to state that I have contacted you and you concur in the removal?

Thanks

Mike



**Michael S. Bogren**
*Chairman, Board of Directors*

Plunkett Cooney
Attorneys & Counselors at Law
T 269.226.8822    C 269.615.2126

bio | office | vcard | web | linkedin

1